# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, T.J. STINSON**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**RICHARD E. HUJDA**
**SONAR TECHNICIAN (SURFACE) THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201500048**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 10 December 2014.
**Military Judge:** CAPT Bethany Payton-O'Brien, JAGC, USN.
**Convening Authority:** Commander, Navy Region Northwest, Silverdale, WA.
**Staff Judge Advocate's Recommendation:** LCDR E.K. Westbrook, JAGC, USN.
**For Appellant:** CAPT James Talbert, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**11 June 2015**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court